## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

BRANDON MCGRAW,           )

            Plaintiff,   )      2023-CV-00010

             )

     v.            )      ACTION FOR DAMAGES

             )

R&B SALES AND MARKETING, INC.,   )      **JURY TRIAL DEMANDED**

             )

         Defendant.   )

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that on April 8, 2024, the parties agreed to settle this matter. Plaintiff and Defendant will submit a stipulation of dismissal within the next 60 days.

**COLIANNI & LEONARD LLC**
Attorneys for Brandon McGraw

DATED: April 8, 2024      By:   /s/Marina Leonard
                                  Marina Leonard, V.I. Bar #R2058
                                  Vincent Colianni, II, V.I. Bar #768
                                  2120 Company Street
                                  Christiansted, VI 00820
                                  Telephone: (340) 719-1766
                                  Facsimile: (340) 719-1770
                                  mailbox@colianni.com